IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>JOSE R. PEREZ VALENTIN<br><br>Debtor(s) | CASE NO.: 10-04037-SEK<br><br>CHAPTER 7 |

## MOTION AMENDING SCHEDULE C

TO THE HONORABLE COURT:

Come(s) now Debtor(s) through the undersigned attorney and respectfully allege(s), move(s) and pray(s):

3. That Debtor filed for relief under a Chapter 7 of Title 11 U.S.C. and an order was entered on May 13, 2010.

4. *That an Amended Schedule C is being filed in order to show that Debtor freely and voluntarily agreed to reduce exemption requested on Real Estate Property. Enclosed Amended Schedule C.*

**WHEREFORE**, it is hereby respectfully requested from this Honorable Court to take notice of the above mentioned and accept the *Amended Schedule C*.

**14 DAYS NOTICE:** Parties in interest, you are hereby notified that you have 14 days, after the service of this Motion, and an additional 3 days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, to file an objection to this Motion with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico and request a hearing. If no objection is filed within the time allowed herein, the Motion will be deemed unopposed and may be granted.

**CERTIFICATE OF SERVICE:** I hereby certify that on this day, I electronically filed this document with the Clerk of the Court using the CM/ECF System which sent notification to the following: Noreen Wiscovitch Rentas (Chapter 7 Trustee), Monsita Lecaroz Arribas (U.S. Trustee) and by the U.S. Postal Services to the following: updated creditor list.

In Aguadilla, Puerto Rico, this 14th day of June, 2019.

BUFETE MEDINA & MEDINA, C.S.P.
ATTORNEYS FOR DEBTOR(S)
P.O. BOX 250268
AGUADILLA, PR 00604-0268
TEL. 787-890-4520 / FAX 787-890-1010
E-mail: bufetemedina.csp@gmail.com

By: /s/JOSE J. MEDINA MENDEZ
USDC PR NO.: 118105
By: /s/LISSETTE M. MEDINA MUÑIZ
USDC PR NO.: 217202

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | JOSE R. | | PEREZ-VALENTIN |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | | |
| Case number (if known) | 3:10-bk-04037-ESL-7 | | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own — Copy the value from *Schedule A/B* | Amount of the exemption you claim — *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 25 Justina Hernandez Street, San Sebastian PR, 00685, County : San Sebastián — Line from *Schedule A/B*: **1.1** | $103,000.00 | ■ $5,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(1) |
| Toyota Corolla 1992 — Line from *Schedule A/B*: **3.1** | $1,060.00 | ■ $1,060.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |
| Living Room Set $250, Dining room set $50, Refrigerator $100, Stove $100, Microwave $100, Washer Machine $125, TV set $800, Bedroom set $850 — Line from *Schedule A/B*: **6.1** | $2,375.00 | ■ $2,375.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Wearing Apparel — Line from *Schedule A/B*: **11.1** | $400.00 | ■ $400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |

Official Form 106C      Schedule C: The Property You Claim as Exempt      page 1 of 2

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| AEE Account #06403940390053<br>Deposit #215488S<br>Line from Schedule A/B: 17.1 | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Westernbank 008014070663<br>Line from Schedule A/B: 17.2 | $52.19 | ■ $52.19<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

**Fill in this information to identify your case:**

| Debtor 1 | JOSE R. PEREZ-VALENTIN | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | | |
| Case number (if known) | 3:10-bk-04037-ESL-7 | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules  12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ PEREZ-VALENTIN, JOSE R.  X _____
JOSE R. PEREZ-VALENTIN           Signature of Debtor 2
Signature of Debtor 1

Date June 14, 2019    Date _____